IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4  In re the Application of

In Case Number __1:10-MC54__, Case Name __NEXSTAR ESM HOLDINGS (Cayman), Ltd.__
Party Represented by Applicant: Thomas Tribone; Guggenheim Global Infrastructure Company, Ltd.;
Guggenheim Franklin Park Management, LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Carrie Ann Tendler__
Bar Identification Number __4400842__   State __New York__
Firm Name __Kobre & Kim LLP__
Firm Phone # __+1 212 488 1200__   Direct Dial # __+1 212 488 1239__   FAX # __+1 212 488 1220__
E-Mail Address __carrie.tendler@kobrekim.com__
Office Mailing Address __800 Third Avenue, New York, NY 10022__

Name(s) of federal court(s) in which I have been admitted __Southern District of New York; Eastern District of New York;__
__U.S. Court of Appeals, 2nd Circuit and 10th Circuit__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

__John M. Tran__                                        __10/20/2010__
(Signature)                                              (Date)
__John M. Tran__                                         __24349__
(Typed or Printed Name)                                  (VA Bar Number)

Court Use Only: __T.F.__

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/ _____
Leonie M. Brinkema
United States District Judge

__10/25/10__
(Date)